**Order Terminating Term of Supervision
Prior to Expiration Date--Notice of Death**

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| **vs.** ) | **Docket Number: 2:04CR00065-01** |
| ) | |
| **SOUTHERLAND, Billy D.** ) | |

On August 15, 2005, the above-named defendant was sentenced to 67 months Bureau of Prisons and 36 months of supervision. On July 9, 2007, our office was notified by the Bureau of Prisons that Mr. Southerland died on July 1, 2007 (attached is a copy of the notification).

It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/
**KAREN A. MEUSLING**
**Supervising United States Probation Officer**

## ORDER OF COURT

It is ordered that this case be closed.

Dated: January 7, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Rev. 7/98
PROB35A.MRG

Attachment

cc:    Assistant United States Attorney
       Restitution Accounts - Victims
       Clerks Office - Financial
       Flu Unit - AUSA